**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **Charles G. Riley, Sr., et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  4:12-cv-00989-HEA |
| ) | |
| **Willo Products Company, Inc., et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On June 1, 2012, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Northern Division case.  Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable E. Richard Webber, U.S. District Judge.

Dated this 4th day of June, 2012.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**
**2:12-cv-00039-ERW.**